**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MELODY F. SCHWENK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 25-cv-01298-LKG |
| | ) | |
| v. | ) | February 27, 2026 |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

For the reasons stated in the Court's memorandum opinion dated February 27, 2026, the Court:

(1) **GRANTS** Defendant's motion to dismiss (ECF No. 49);

(2) **DENIES-as-MOOT** Plaintiff's motion to expedite (ECF No. 30);

(3) **DENIES-as-MOOT** Plaintiff's motion for temporary restraining order (ECF No. 43);

(4) **DENIES-as-MOOT** Plaintiff's motion for discovery (ECF No. 56); and

(5) **DISMISSES** the second amended complaint (ECF No. 25).

The Clerk is **DIRECTED** to **CLOSE** the case.

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge